UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:10-CV-11509-GAO

| |
|---|
| Daniel Pailes,<br>      Plaintiff,<br><br>v.<br><br>HSBC Mortgage Services, Inc. and<br>Beneficial Mortgage Corporation,<br>      Defendants. |

## DEFENDANTS HSBC MORTGAGE SERVICES, INC. AND BENEFICIAL MORTGAGE CORPORATION'S MOTION TO STRIKE AMENDED COMPLAINT (DOCUMENT 37) AND TO DEEM FILED AMENDED COMPLAINT (DOCUMENT 24, ATTACHMENT # 1)

On October 27, 2010, plaintiff filed a Motion to Amend Complaint (Docket, Document 24), to which was attached a six (6) page document identified as plaintiff's "Amended Complaint" (Docket, Document 24, Attachment 1). Defendants HSBC Mortgage Services, Inc. ("HSBC") and Beneficial Mortgage Corporation ("Beneficial") timely filed their opposition to plaintiff's motion. (Docket, Document 31).

On July 18, 2011, the Court entered an Order containing a preliminary analysis of plaintiff's Amended Complaint, as filed with his motion. The Court noted that a number of plaintiff's claims were time-barred, but that plaintiff's breach of contract claim had been adequately pled. The Court indicated that "plaintiff should be permitted to file his amended complaint."

However, rather than filing the six (6) page Amended Complaint that the Court reviewed and allowed pursuant to plaintiff's motion, plaintiff filed an entirely different, sixty-one (61) page document as his amended complaint (Docket, Document 37).

For the reasons set forth below, HSBC and Beneficial move this Court for an Order striking plaintiff's purported amended complaint filed as Document 37 and to deeming filed plaintiff's amended complaint filed as Attachment 1 to Document 24:

1. Pursuant to this Court's General Order Regarding Electronic Case Filing, "[i]n any case . . . in which a party seeks leave of court to file a document or to amend a document previously filed, the party must attach . . . a copy of the document which the party proposes to file. If leave to file the document is granted, the party proposing the document ***must then file the original of that document*** . . . ." General Order, Para. O. (Emphasis added.)

2. Plaintiff sought leave of court to file an amended complaint, with a copy of a proposed amended complaint attached. See Docket, Document 24 and Attachment 1.

3. Leave of court was granted allowing the amended complaint to be filed. See Order dated July 18, 2011 at Document 36.

4. However, rather than filing the original of the proposed amended complaint for which leave of court was obtained, plaintiff filed a materially different document as his amended complaint. See Document 37.

5. Plaintiff has not complied with General Order, Para. O in that he has not filed the original of the proposed amended complaint attached to his motion at Document 24.

6. Plaintiff has not complied with Fed.R.Civ.P. 15(a)(2) in that he has filed an amended complaint at Document 37 for which no leave of court was requested or received.

7.  Although it is Defendants' position that plaintiff's filing of the amended complaint at Document 37 is a nullity and that, as a result of plaintiff's failure to file the amended complaint at Document 24, Attachment 1, no amended complaint has yet been filed as allowed by the Court's Order in this matter, judicial economy and the general goals of "just, speedy, and inexpensive determination of every action and proceeding" identified in Fed.R.Civ.P. 1 appear to be best served by striking Document 37 and deeming Document 24, Attachment 1 as being filed as plaintiff's amended complaint.

WHEREFORE, Defendants request that this Court grant the following relief:

I.  Issue an Order striking Document 37 as an unauthorized attempt by plaintiff to further amend his complaint;

II. Issue an Order deeming Document 24, Attachment 1 as being filed as plaintiff's amended complaint pursuant to the Court's July 18, 2011 Order;

III. Such other relief as this Court deems just and appropriate.

Respectfully submitted,
**HSBC MORTGAGE SERVICES, INC. AND BENEFICIAL MORTGAGE CORPORATION**
By their Attorney

/s/ Scott C. Owens
Scott C. Owens, BBO # 654406
HARMON LAW OFFICES, P.C.
150 California Street
Newton, MA 02458
(617) 558-0738 Direct
(617) 243-4038 Fax
sowens@harmonlaw.com

Dated: October 19, 2011

## CERTIFICATE OF SERVICE

I, Scott C. Owens, Esquire, state that on October 19, 2011, I electronically filed this Motion to Strike and Deem Filed with the United States District Court for the District of Massachusetts using the CM/ECF System. In addition, I served the foregoing document on the following non-CM/ECF participants:

Daniel Pailes
42 North End Boulevard
Salisbury, MA 01952

/s/ Scott C. Owens
Scott C. Owens, Esq.

## RULE 7.1 CERTIFICATION

I, Scott C. Owens, Esquire, state that on October 18, 2011, I conferred with Daniel Pailes by telephone and attempted in good faith to resolve or narrow the issue raised in this motion.

/s/ Scott C. Owens
Scott C. Owens, Esq.