United States District Court

District of Massachusetts

Civil Action No. 10-11509-GAO

October 25, 2011

---

Daniel Pailes,

Plaintiff

V.

HSBC Mortgage Services, Inc.

and Beneficial Mortgage Corporation,

Defendants

---

### Opposition to Defendant's Motion to Strike Amended Complaint (Document 37 to deem filed Amended Complaint (Document 24, Attachment #1

Here comes Daniel Pailes, Pro se Litigant, he respectively submits as follows in response to the defendants motion to strike. The Defendant asserts or claims a motion to strike the amended complaint document number 37 because it exceeds the number of pages allowed.

*DP 10/25/11*

1. As a pro se litigant, I am not part of the Electronic filing process and in addition could the court consider the filing entered as is. "Even in the formal litigation context, pro se litigants are held to a lesser pleading standard than other parties". See Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285.

2. The plaintiff strongly feels that the amended complaint document 37 clearly sets forth my damage claim for Breach of Contract and should be considered part and particle of the amended complaint Document 24 on October 27, 2010.

3. If, there is any violation of the courts Rules, the plaintiff wishes additional time to comply.

4. The plaintiff, Daniel Pailes asserts, the new Attorney for the bank, HSBC misreads the filing instructions because the filing instructions in Paragraph O number 3., "specifically provide the pleader shall not attach something previously filed with the court". In my amended complaint Document 37, the plaintiff made reference to that document.

Wherefore, I, Daniel Pailes respectively ask the court to deny the motion to strike.

Respectively submitted,

Daniel Pailes          10/25/11