UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-CV-11509-GAO

DANIEL PAILES,
Plaintiff,

v.

HSBC MORTGAGE SERVICES,
Defendant.

**ORDER**
November 30, 2012

O'TOOLE, D.J.

The plaintiff's motion for reconsideration (dkt. no. 54) is DENIED.

On July 18, 2011, the Court granted the plaintiff leave to file the proposed amended complaint that was annexed to his motion to amend. Instead of filing the form of complaint as to which leave was granted, the plaintiff twice tried to file a different form of amended complaint. While some indulgence might be granted him as a pro se litigant (although the question of the form of amended complaint authorized to be filed was not an esoteric one that a lay person could be excused for misunderstanding), after counsel appeared for him he still failed to file the authorized proposed amended complaint, even in the face of the defendant's motion to dismiss. Rather, that motion went unopposed and it was granted, not just because it was unopposed but also because it was meritorious. The plaintiff chose to ignore the motion to dismiss, and his plea for reconsideration ought to be, and is, rejected.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge